**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff

Case Number: 11-13731
VS.                                    Honorable: George Caram Steeh

DARRYL PEGUESE,
    Defendant

_____/

**ORDER FOR VOLUNTARY DISMISSAL**

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

IT IS HEREBY ORDERED that the above matter be dismissed without prejudice and without cost to any party.

                                          s/George Caram Steeh
                                          United States District Judge

Dated: January 5, 2012